# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 01, 2019

Mr. Courtney Harris
U.S. PENITENTIARY
29137-044
P.O. Box 1000
Marion, IL  62959-0000

      RE:  18-3730  Courtney Harris v. United States

Dear Mr. Harris:

      Enclosed is a dispositive order entered today at the direction of the court.

      Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

                                    Michael E. Gans
                                    Clerk of Court

MER

Enclosure(s)

cc:    Ms. Sayler Anne Ault Fleming
         Mr. Jeffrey B. Jensen
         Mr. Gregory J. Linhares

            District Court/Agency Case Number(s):  4:18-cv-01546-JAR
                                                           4:15-cr-00134-JAR-1

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No:  18-3730
_____

Courtney Harris

Petitioner

v.

United States of America

Respondent

_____

Petition for Permission to file a Successive Habeas Petition
(4:18-cv-01546-JAR)
(4:15-cr-00134-JAR-1)

_____

**JUDGMENT**

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

     The petition for authorization to file a successive § 2255 motion is denied. Mandate shall issue forthwith.

April 01, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans